THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEWEY MILLER, Appellant, v. JOHN B. FISKE, as Sheriff of the County of Clinton, N. Y., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Woodward, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARLAN P. BRACE, Appellant.— Order reversed, with ten dollars costs and disbursements to the respondent, and motion to open default granted, upon payment of all costs since the commencement of the action, including ten dollars costs of motion. All concurred.

FRANK E. TAFT, Plaintiff, v. FRANK A. BRONSON, Defendant.— Motion denied.

GEORGE TAYLOR, as Receiver of the Firm of GEORGE D. HARRIS & COMPANY, Appellant, v. MICHAEL D. KELLEY and HARRY P. KELLEY, Defendants, and THOMAS B. BUDINGER, Respondent.— Order unanimously affirmed, without costs.

LEONARD H. WALTERS, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, P. J., and Sewell, J., dissenting on the ground that the verdict is excessive.

HELEN READE, Appellant, v. WILLIAM J. HALPIN and Another, Defendants, Impleaded with FREEMAN H. MUNSON, Respondent.— Decision amended so as to read as follows: Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by Sewell, J. All concurred. (See 180 App. Div. 161.)

BENTON TURNER, Appellant, v. THE MERCHANTS' NATIONAL BANK OF PLATTSBURG, N. Y., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

RANSOM WILSEY, Respondent, v. FRANK LOVELAND and Another, Appellants.— Decision amended so as to read as follows: Judgment modified by reducing the recovery to seventeen dollars, the value of the trees cut west of the strip reserved, and striking out the award of costs in the court below, and awarding costs to the defendants, and as so modified unanimously affirmed, without costs. Opinion by Sewell, J. (See 180 App. Div. 279.)